In re **Matthew Adam Lanning,**
       **Johanna Valdivia**
                                                                                    Case No. **13-40290**
,
                                                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1163**<br><br>**Alameda county Central Collections**<br>**1221 Oak St,Ste 220**<br>**Oakland, CA 94612** | | C | 2011<br>**Court Fines** | | | | 807.00 |
| Account No. **4041**<br><br>**Alameda county Central Collections**<br>**1221 Oak St**<br>**Oakland, CA 94612** | | C | 10/3/2012<br>**Collection Agency** | | | | 100.00 |
| Account No. **2671**<br><br>**Alliance One**<br>**4850 Rd, 300**<br>**Feasterville Trevose, PA 19053** | | C | 10-11<br>**Collection Agency** | | | | 300.00 |
| Account No. **7602**<br><br>**Allliant Credit Union**<br>**344 20th 20 th Street # 118**<br>**Oakland, CA 94612** | | C | 11/17/10<br>Auto- Repo Defciency<br>2005 Chevy Tahoe<br>VIN: 1GNEC13T85R17401 | | | | 923.40 |
| __9__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 2,130.40 |

In re **Matthew Adam Lanning,**
**Johanna Valdivia**,
Debtors

Case No. **13-40290**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Atlas Acquisitions LLC<br>294 Union St<br>Hackensack, NJ 07601 | C | | Notice only | | | | Unknown |
| Account No. 9858<br>AWA Collections<br>P.O. Box 6605<br>Orange, CA 92863 | C | | 12-12<br>Collection Agency | | | | 142.00 |
| Account No. 0018<br>Bay Imaging Consultants<br>Dept 3161<br>Los Angeles, CA 90084-3161 | C | | 05/22/2012<br>Collection Agency | | | | 43.00 |
| Account No. 3135<br>Capital Management Services, LP<br>726 Exchange St, Suite 700<br>Buffalo, NY 14210 | C | | 04-18-2012<br>CollectionAgency | | | | 480.49 |
| Account No. 1685<br>Care Payment<br>P.O. Box 20337<br>Portland, OR 97294 | C | | 11-24-2010<br>Medical Bills | | | | 783.00 |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,448.49**

In re **Matthew Adam Lanning,**        Case No. **13-40290**
     **Johanna Valdivia**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1384** <br><br> **CBA Associates** <br> **460 Union Ave** <br> **Fairfield, CA 94533** | | C | 08-10 <br> Collection Agency | | | | 333.00 |
| Account No. **3354** <br><br> **CBA Collection Bureau** <br> **25954 Eden Landing Rd** <br> **Hayward, CA 94545** | | C | 09-11 <br> Collection Agency | | | | 9,812.00 |
| Account No. **3354** <br><br> **CBA Collection Bureau** <br> **25954 Eden Landing Rd** <br> **Hayward, CA 94545** | | C | 09-11 <br> Collection agency | | | | 9,812.00 |
| Account No. **3354** <br><br> **CBA Collection Bureau** <br> **25954 Eden Landing Rd** <br> **Hayward, CA 94545** | | C | 12-07 <br> Collection Agency | | | | 1,246.00 |
| Account No. **3354** <br><br> **CBA Collection Bureau** <br> **25954 Eden Landing Rd** <br> **Hayward, CA 94545** | | C | 03-09 <br> Collection Agency | | | | 1,073.00 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **22,276.00**

In re **Matthew Adam Lanning,**
**Johanna Valdivia**,
Debtors

Case No. **13-40290**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3354** <br><br> **CBA Collection Bureau** <br> **25954 Eden Landing Rd** <br> **Hayward, CA 94545** | | C | 07-11 <br> Collection Agency | | | | 733.00 |
| Account No. **677** <br><br> **CBSJ Financial Corporation** <br> **P.O. Box 512020** <br> **Los Angeles, CA 90051-0020** | | C | 09-07 <br> Collection Agency | | | | 71.00 |
| Account No. **0677** <br><br> **CBSJ Financial Corporation** <br> **P.O. Box 512020** <br> **Los Angeles, CA 90051-0020** | | C | 05-07 <br> Collection Agency | | | | 70.00 |
| Account No. **5205** <br><br> **Comcast** <br> **3400 Technology Ct** <br> **San Pablo, CA 94806** | | C | 07-11 <br> Cable | | | | 433.00 |
| Account No. **xx/27/08** <br><br> **Credit Service of Northern California** <br> **180 Golf Club Rd, Suite111** <br> **Pleasant Hill, CA 94523** | | C | 5517 <br> CollectionAgency | | | | 100.00 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,407.00**

In re **Matthew Adam Lanning,**
**Johanna Valdivia**,
Debtors

Case No. **13-40290**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8377** <br><br> **Cypress Collection Services** <br> **PMB 184** <br> **3900 Pelandale # 420** <br> **Modesto, CA 95356** | | C | 11/1/2011 <br> Collection Agency: Original Creditor | | | | 228.29 |
| Account No. **12-07** <br><br> **Cypress Professional Services** <br> **4301 N. Star Way** <br> **Modesto, CA 95356** | | C | 08-12 <br> Collection Agency | | | | 580.00 |
| Account No. **8377** <br><br> **Eden Medical Center** <br> **3012 summit Street, 4th Floor** <br> **Oakland, CA 94609** | | C | 10/11/11 <br> Medical Bills | | | | 1,386.00 |
| Account No. **366** <br><br> **Fair Collections & Out** <br> **12304 Baltimore Ave Ste E** <br> **Beltsville, MD 20705** | | C | 6-11 <br> Collection Agency: Original Creditor <br> Archstone Emergency | | | | 3,713.00 |
| Account No. **366** <br><br> **Fair Collections & Out** <br> **12304 Baltimore Ave Ste E** <br> **Beltsville, MD 20705** | | C | 6-11 <br> Collection Agency | | | | 3,713.00 |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,620.29**

In re **Matthew Adam Lanning,**
**Johanna Valdivia**,
Debtors

Case No. **13-40290**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6568** <br><br> **FBCS** <br> **841 E. Hunting Park Ave** <br> **Philadelphia, PA 19124** | | C | 04-12 <br> Collection Agency | | | | 434.00 |
| Account No. **4316** <br><br> **FCO Fair collection and Outsourcing** <br> **12304 Baltomore Ave, Suite E** <br> **Beltsville, MD 20705-1312** | | C | 08-2011 <br> Collection agency: Original Creditor Archstone Emerald Park | | | | 3,712.52 |
| Account No. **0352** <br><br> **Fresno Credit Bureau** <br> **757 L Street** <br> **Fresno, CA 93721** | | C | 08/08/2011 <br> CollectionAgency | | | | 43.99 |
| Account No. **9574** <br><br> **IC Systems** <br> **444 Highway 96 East** <br> **Saint Paul, MN 55164-0887** | | C | 2012 <br> Collection Agency; original Creditor: Sprint | | | | 879.00 |
| Account No. **3575** <br><br> **IC Systems** <br> **444 Highway 96 East** <br> **Saint Paul, MN 55164-0887** | | C | 08-20-12 <br> Collection Agency | | | | 397.50 |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,467.01**

In re **Matthew Adam Lanning,**
**Johanna Valdivia** , Case No. **13-40290**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Mann & Creed**<br>**20600 Chagrin Blvd**<br>**Beachwood, OH 44122** | | C | 08/20/2012<br>**Collerction Agency** | | | | 161.94 |
| Account No. **247**<br><br>**Lamont Hanley Associates**<br>**1138 Elm St**<br>**Manchester, NH 03101** | | C | 09-06<br>**Collection Agency** | | | | 65.00 |
| Account No. **3543**<br><br>**Mldland Funding**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | C | 07-10<br>**Collection Agency** | | | | 1,900.00 |
| Account No.<br><br>**NCC**<br>**245 Main St**<br>**Dixon City, PA 18519** | | C | **Collection Agecny: Original Creditor-Victoria Secret** | | | | 537.66 |
| Account No. **4506**<br><br>**NCO Financial Systems, Inc**<br>**10540 White Rock Road, Suite 250**<br>**Rancho Cordova, CA 95670** | | C | 05-12<br>**Collection Agency** | | | | 534.00 |

Sheet no. **6** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,198.60

In re **Matthew Adam Lanning,**      Case No. **13-40290**
       **Johanna Valdivia**
,
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3575** <br><br> **Northshore Agency** <br> **4000 E 5th Ave** <br> **Columbus, OH 43219** | | C | **08-08-2012** <br> **CollectionAgency: Original Creditor Sprint** | | | | 39.50 |
| Account No. **0001** <br><br> **Plaza Recovery Associates** <br> **P.O. Box 2769** <br> **New York, NY 10001-3900** | | C | **03-07-2011** <br> **Auto reposession-Deficiency** | | | | 10,383.00 |
| Account No. **0068** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **02-12** <br> **Collection Agency** | | | | 7,439.00 |
| Account No. **0068** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **08-12** <br> **Collection Agency** | | | | 884.00 |
| Account No. **0014** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **02-2012** <br> **Collection Agency** | | | | 353.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     19,098.50

In re **Matthew Adam Lanning,**
**Johanna Valdivia**
 , Case No. **13-40290**
Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0058** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **01-09** <br> **Collection Agency** | | | | 335.00 |
| Account No. **0055** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **11-08** <br> **Collection Agency** | | | | 54.00 |
| Account No. **0058** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **01-09** <br> **Collection Agency** | | | | 811.00 |
| Account No. **0058** <br><br> **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **01-09** <br> **CollectionAgency** | | | | 354.00 |
| Account No. **0013** <br><br> **Rash Curtis Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** | | C | **02-12** <br> **Collection Agency** | | | | 2,946.00 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **4,500.00**

In re  **Matthew Adam Lanning,**
       **Johanna Valdivia**                                                          Case No.  **13-40290**
_____,
                                     Debtors
                                  **AMENDED**
           **SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
                             (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 343<br><br>Stellar Recovery Inc<br>1327 US Highway 2 W<br>Kalispell, MT 59901 | | C | 02-11<br>Collection Agency | | | | 447.00 |
| Account No. 0693<br><br>The Claims Center , LLC<br>10151 University Bld # 312<br>Orlando, FL 32817 | | C | 07/03/2012<br>Collection Agency | | | | 405.27 |
| Account No. 8419<br><br>The Eden Emergency Medical Grp<br>4301 North Star Way<br>Modesto, CA 95356 | | C | 8/2/11<br>Medical Bill | | | | 227.00 |
| Account No. 6760<br><br>Verizon Wireless<br>P.O. Box 26055<br>Dept MS 400<br>Minneapolis, MN 55426 | | C | 11-12<br>Cell Phone | | | | 1,063.00 |
| Account No. 8315<br><br>Wells Fargo Dealer Services<br>P.O.Box 25341<br>Santa Ana, CA 92799 | | C | 6-07<br>Auto Repossesion-Deficiency | | | | 26,528.00 |

Sheet no. **9** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **28,670.27**

Total
(Report on Summary of Schedules)  **97,816.56**

# United States Bankruptcy Court
## Northern District of California

In re: **Matthew Adam Lanning / Johanna Valdivia**, Debtor(s)

Case No. **13-40290**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **11** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 26, 2013**   Signature **/s/ Matthew Adam Lanning**
**Matthew Adam Lanning**
Debtor

Date **January 26, 2013**   Signature **/s/ Johanna Valdivia**
**Johanna Valdivia**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.