# United States Bankruptcy Court
## Northern District of California

In re: **Matthew Adam Lanning / Johanna Valdivia**, Debtor(s)

Case No. **13-40290**
Chapter **7**

# PROOF OF SERVICE BY MAIL

On **January 26, 2013**, I served the **Notice of Meeting of Creditors** on the parties listed below, by ECF and by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Hayward, California addressed as follows:

Alameda county Central Collections
1221 Oak St,Ste 220
Oakland, CA 94612

Alameda county Central Collections
1221 Oak St
Oakland, CA 94612

Alliance One
4850 Rd, 300
Feasterville Trevose, PA 19053

Allliant Credit Union
344 20th 20 th Street # 118
Oakland, CA 94612

Atlas Acquisitions LLC
294 Union St
Hackensack, NJ 07601

AWA Collections
P.O. Box 6605
Orange, CA 92863

Bay Imaging Consultants
Dept 3161
Los Angeles, CA 90084-3161

Capital Management Services, LP
726 Exchange St, Suite 700
Buffalo, NY 14210

Care Payment
P.O. Box 20337
Portland, OR 97294

CBA Associates
460 Union Ave
Fairfield, CA 94533

CBA Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545

CBA Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545

CBA Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545

CBA Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545

CBA Collection Bureau
25954 Eden Landing Rd
Hayward, CA 94545

CBSJ Financial Corporation
P.O. Box 512020
Los Angeles, CA 90051-0020

CBSJ Financial Corporation

P.O. Box 512020
Los Angeles, CA 90051-0020

Comcast
3400 Technology Ct
San Pablo, CA 94806

Credit Service of Northern California
180 Golf Club Rd, Suite111
Pleasant Hill, CA 94523

Cypress Collection Services
PMB 184
3900 Pelandale # 420
Modesto, CA 95356

Cypress Professional Services
4301 N. Star Way
Modesto, CA 95356

Eden Medical Center
3012 summit Street, 4th Floor
Oakland, CA 94609

Fair Collections & Out
12304 Baltimore Ave Ste E
Beltsville, MD 20705

Fair Collections & Out
12304 Baltimore Ave Ste E
Beltsville, MD 20705

FBCS
841 E. Hunting Park Ave
Philadelphia, PA 19124

FCO Fair collection and Outsourcing
12304 Baltomore Ave, Suite E
Beltsville, MD 20705-1312

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 94267-0011

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 94267-0011

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 94267-0011

Fresno Credit Bureau
757 L Street
Fresno, CA 93721

IC Systems
444 Highway 96 East
Saint Paul, MN 55164-0887

IC Systems
444 Highway 96 East
Saint Paul, MN 55164-0887

Internal revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box  2116
Philadelphia, PA 19114

Joseph Mann & Creed
20600 Chagrin Blvd
Beachwood, OH 44122

Lamont Hanley Associates
1138 Elm St
Manchester, NH 03101

MIdland Funding

| |
|---|
| **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** |
| **NCC** <br> **245 Main St** <br> **Dixon City, PA 18519** |
| **NCO Financial Systems, Inc** <br> **10540 White Rock Road, Suite 250** <br> **Rancho Cordova, CA 95670** |
| **Northshore Agency** <br> **4000 E 5th Ave** <br> **Columbus, OH 43219** |
| **Plaza Recovery Associates** <br> **P.O. Box 2769** <br> **New York, NY 10001-3900** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis & Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Rash Curtis Associates** <br> **190 S. Orchard Ave, Ste A2** <br> **Vacaville, CA 95688** |
| **Stellar Recovery Inc** <br> **1327 US Highway 2 W** <br> **Kalispell, MT 59901** |
| **The Claims Center , LLC** <br> **10151 University Bld # 312** <br> **Orlando, FL 32817** |
| **The Eden Emergency Medical Grp** <br> **4301 North Star Way** <br> **Modesto, CA 95356** |
| **Verizon Wireless** <br> **P.O. Box 26055** <br> **Dept MS 400** <br> **Minneapolis, MN 55426** |
| **Wells Fargo Dealer Services** <br> **P.O.Box 25341** <br> **Santa Ana, CA 92799** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **January 26, 2013**.

/s/ *DeeAnn Dugan*
      DeaAnn Dugan

Sworn and subscribed to before me this ___day of ___, 20_.

                                              **Notary Public**